**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| IN RE: ) | |
| ) | **CASE NO.00-50777-jwv7** |
| **JAMES AND SHARON WEGENKA,** ) | |
| ) | |
| Debtor(s). ) | |

## MOTION TO DEPOSIT FUNDS INTO COURT REGISTRY
## PURSUANT TO LOCAL RULE 3011-1

**COMES NOW**, Bruce E. Strauss, Trustee of the above captioned case, and for his motion to pay funds into the Court registry pursuant to Local Rule 3011-1 states and alleges as follows;

1. That the above captioned debtor filed for relief under Chapter 7 of the United States Bankruptcy Code on October 23, 2000.

2. That Bruce E. Strauss was appointed to administer the assets of the debtors' bankruptcy estate.

3. That the trustee collected funds totaling $4,882.77.

4. That on November 04, 2010 this Court entered an order approving of a final distribution.

5. That included in the distribution was an unsecured claim filed by Citi Financial located in Saint Joseph, MO in the total amount of $8,421.01.

6. That the trustee distributed a check in the amount of $1,909.87 on this claim on November 04, 2010.

7. That the check has never been cashed.

8. That the trustee has attempted to locate a new address for the creditor but has been unsuccessful.

9. That the trustee wishes to proceed with closing the case giving the amount of time that has expired since the final report, the efforts already undertaken to find the claimant, and the small amount in question.

**WHEREFORE**, Bruce E. Strauss, Trustee, prays for an order of this Court allowing him to deposit funds totaling $1,909.87 into the Court Registry and for such other and further relief as the Court deems just.

        Merrick, Baker & Strauss, P.C.
        /s/ Harrison E. Strauss
        Harrison E. Strauss, Bar No. 61043
        ATTORNEY FOR TRUSTEE
        1044 Main St., Suite 400
        Kansas City, MO 64105
        (816) 221-8855 – (816) 221-7886 (FAX)

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was service via electronic mail upon all parties requesting electronic notification in this case.

        /s/ Harrison E. Strauss
        Harrison E. Strauss